David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette Dube
Chief Deputy

June 13, 2005

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Boston, Ma. 02109

Re: CR 05-07L -USA v. Juan Olvera-Domineguez

Dear Mr. Donovan:

With reference to the above appeal enclosed please find the transcript of the hearing held on 5/10/05.

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk

One Exchange Terrace • 119 Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 528-5100 • Fax: (401) 528-5112