CR: 05-7
J. Lagueux

**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-1795

UNITED STATES,

Appellee,

v.

JUAN OLVERA-DOMINGUEZ,

Defendant, Appellant.

Before

Selya, Lynch and Howard,
Circuit Judges.

JUDGMENT

Entered: June 20, 2006

Counsel for appellant, Juan Olvera-Dominguez, has moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967), claiming that there are no non-frivolous grounds for challenging appellant's conviction or sentence.

We have fully examined all of the proceedings and have been unable to identify a non-frivolous ground for appeal. Moreover, we are satisfied that counsel has diligently and thoroughly searched the record for any arguable claim that might support appellant's appeal. See McCoy v. Court of Appeals of Wisconsin, 486 U.S. 429, 442 (1988).

Counsel's motion to withdraw is GRANTED, and appellant's conviction and sentence are AFFIRMED. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JUL 11 2006

[cc: Messrs: Smith, Olvera-Dominguez, Lockhart and Chafee]